



## MEMORANDUM OPINION

Nos. 04-07-00529-CR & 04-07-00530-CR

Christopher Lee **PONCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court Nos. 04-CR-623 & 06-CR-461
Honorable J. Manuel Bañales, Judge Presiding

Opinion by:    Catherine Stone, Justice

Sitting:         Alma L. López, Chief Justice
                 Catherine Stone, Justice
                 Sandee Bryan Marion, Justice

Delivered and Filed:   September 10, 2008

AFFIRMED

Christopher Ponce pled true to violating the conditions of his community supervision, and the trial court sentenced Ponce to 20 years confinement for the offense of robbery and life imprisonment for the offense of aggravated assault with a deadly weapon.  We affirm.

Ponce's court-appointed appellate attorney filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), in which he concludes that the appeals have no merit.  Counsel

provided Ponce with copies of the briefs and informed him of his right to review the records and file his own briefs. Ponce has not filed a pro se brief in any of his appeals.

We have reviewed the records and counsel's briefs, and we agree that the appeals are frivolous and without merit. The judgments of the trial court are therefore affirmed. Furthermore, we grant counsel's motions to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).


Catherine Stone, Justice


DO NOT PUBLISH